QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Joshua Courtney (SBN 348416)
joshuacourtney@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

Alexander Benjamin Spiro (*pro hac vice*)
Hope D. Skibitsky (*pro hac vice* to be filed)
Cara Mund (*pro hac vice* to be filed)
alexspiro@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
caramund@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000

*Counsel for Defendants AppLovin Corporation, Adam Foroughi, and Matthew Stumpf*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHAEL QUIERO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLOVIN CORPORATION, ADAM FOROUGHI, and MATTHEW STUMPF,<br><br>Defendants. | Case No. 4:25-cv-02294-HSG<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE DEADLINES**<br><br>(Civil L.R. 6-1, 6-2, 7-12) |

Plaintiff Michael Quiero ("Plaintiff") and Defendants AppLovin Corporation ("AppLovin"), Adam Foroughi, and Matthew Stumpf (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation.

**WHEREAS**, on March 5, 2025, Plaintiff filed the above-captioned securities class action (the "Complaint," Dkt. No. 1) asserting claims under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 *et seq*;

**WHEREAS**, the PSLRA provides a procedure for consolidation of any related cases and for the appointment by the Court of a lead plaintiff and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, the Parties expect a consolidated complaint, amended complaint, or the designation of an operative complaint after the determination of any lead plaintiff motion(s) in this action;

**WHEREAS**, Defendants anticipate filing a motion to dismiss in response to a consolidated complaint, amended complaint, or the designation of an operative complaint in this action;

**WHEREAS**, because of the special procedures specified in the PSLRA and the Northern District of California's Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions contemplate (i) the consolidation of similar actions; (ii) appointment of lead plaintiff; (iii) the filing of an amended complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the Complaint prior to such filing would result in the needless expenditure of party and judicial resources;

**WHEREAS**, on March 6, 2025, the Court issued an Initial Case Management and Scheduling Order with ADR Deadline, setting the Initial Case Management Conference for this action for June 3, 2025 (Dkt. No. 5);

**WHEREAS**, the Parties have not previously requested or received time for an extension in this action; and

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to continue the existing June 3, 2025 Initial Case Management Conference and associated deadlines until a date

that is convenient for the Court following resolution of Defendants' anticipated motion to dismiss.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1. Counsel for Defendants accepts service of the Complaint on behalf of all Defendants.
2. Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending the appointment of a lead plaintiff and lead counsel.
3. Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in this action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of a consolidated complaint, or designation of an operative complaint, and the response thereto.
4. The Initial Case Management Conference scheduled for June 3, 2025 shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR Multi-Option Program deadlines, including the deadlines set forth in Dkt. No. 5, until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

| | | |
|---|---|---|
| 1 | DATED: March 24, 2024 | Respectfully submitted, |
| 2 | | |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | By: */s/ Joshua Courtney* |
| | | _____ |
| 5 | | Joshua Courtney (SBN 348416) |
| | | joshuacourtney@quinnemanuel.com |
| 6 | | 865 S. Figueroa Street, 10th Floor |
| | | Los Angeles, CA 90017 |
| 7 | | Telephone: (213) 443-3000 |
| 8 | | |
| | | Alexander Benjamin Spiro (*pro hac vice*) |
| 9 | | Hope D. Skibitsky (*pro hac vice* to be filed) |
| | | Cara Mund (*pro hac vice* to be filed) |
| 10 | | alexspiro@quinnemanuel.com |
| | | hopeskibitsky@quinnemanuel.com |
| 11 | | caramund@quinnemanuel.com |
| 12 | | 295 5th Avenue |
| | | New York, NY 10016 |
| 13 | | Telephone: (212) 849-7000 |
| 14 | | |
| | | *Counsel for Defendants AppLovin Corporation, Adam Foroughi, and Matthew Stumpf* |
| 15 | | |
| 16 | | |
| | | LEVI & KORSINSKY, LLP |
| 17 | | |
| | | */s/ Adam M. Apton* |
| 18 | | _____ |
| 19 | | Adam M. Apton (SBN 316506) |
| | | 1160 Battery Street East, Suite 100 |
| 20 | | San Francisco, CA 94111 |
| | | Tel: (415) 373-1671 |
| 21 | | Email: aapton@zlk.com |
| 22 | | |
| | | *Attorneys for Plaintiff and the Proposed Class* |

**ORDER**

**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

Date:   3/24/2025

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Judge