UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT PATEL,<br><br>           Plaintiff,<br><br>   v.<br><br>ADAM FOROUGHI, et al.,<br><br>           Defendants. | Case No. 25-cv-02780-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Quiero v. AppLovin Corporation*, 4:25-cv-02294-HSG.

**SO ORDERED.**

Dated: April 17, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge