UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>APPLOVIN CORPORATION, et al.,<br><br>Defendants. | Case No. 25-cv-03438-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Haywood S. Gilliam, Jr. to determine whether it is related to *Quiero v. AppLovin Corporation et al.*, 4:25-cv-02294-HSG.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  May 8, 2025

JAMES DONATO
United States District Judge